UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL CARRANZA SANCHEZ-SARAGOZA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SUZANNE M. PEERY,<br><br>　　　　　Respondent. | No. 2:17-cv-0278 KJN P<br><br>ORDER |

Petitioner consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 14, 2017, petitioner was ordered to show cause, within twenty-one days, why this action should not be dismissed based on petitioner's failure to exhaust his state court remedies. (ECF No. 9.) The twenty-one day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 21, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/cw/sara0278.fsc

1